IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LASHUNDA BARLOW,<br>  Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. SA-25CV-00610-JKP |
| DRURY HOTELS COMPANY, LLC<br>d/b/a DRURY PLAZA HOTEL<br>  Defendant. | § § § § | |

## DEFENDANT DRURY HOTELS COMPANY, LLC'S
## 7.1 DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Defendant Drury Hotels Company, LLC, by and through its undersigned counsel, files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Drury Hotels Company, LLC has two members. Those members are DDC Hotels Inc., which is a Missouri corporation with a principal place of business in St. Louis, Missouri, and DSW Industries Inc., which is a Nevada corporation with a principal place of business in Cape Girardeau, Missouri. These entities are not publicly traded entities.

Dated: September 24, 2025.

Respectfully submitted,

BURNS ANDERSON JURY & BRENNER, L.L.P.
P.O. Box 26300
Austin, Texas 78755-0300
512-338-5322
512-338-5363 facsimile

By: _____
  David Brenner
  State Bar No. 02958020
  dbrenner@bajb.com
  Jasleen K. Shokar
  State Bar No. 24119559
  jshokar@bajb.com

Attorneys for Defendant DRURY HOTELS
COMPANY, LLC d/b/a DRURY PLAZA
HOTEL

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day September 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**VIA E-SERVE and US Mail**
Adamma Uwalaka
Jessica Akiode
Gallo Uwalaka Personal Injury Attorneys, PLLC
5177 Richmond Ave., Suite 326
Houston, TX 77056

Attorneys for Plaintiff

_____
Jasleen Shokar